**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: APPLICATION TO RESTORE FIREARMS RIGHTS OF MICHAEL L. KEYES | : No. 186 MAL 2014<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Superior Court |
| PETITION OF: MICHAEL L. KEYES | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.